UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Jerry Jerome Barrineau, III,<br><br>       Petitioner,<br><br>  v.<br><br>United States of America,<br><br>       Respondent. | C/A No. 6:05-646<br><br><u>ORDER</u><br>(Written Opinion) |

  This matter is before the Court on Petitioner's "Addendum to Motion" for an extension of time, filed September 21, 2005. Petitioner filed the original motion for extension of time to respond to the United States Attorney's motion for summary judgment on September 12, 2005. This Court granted in part Petitioner's motion for extension of time by Order, filed September 16, 2005. That Order granted Petitioner an additional ten (10) days following the September 21, 2005 deadline to submit his response. As the Court's previous Order, granting in part Petitioner's motion for extension of time, conclusively ruled on that motion, Petitioner's "Addendum to Motion" is untimely and will be given no further consideration.

  IT IS THEREFORE ORDERED that Petitioner's "Addendum to Motion" be DENIED.

  IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

September   23  , 2005

### NOTICE OF RIGHT TO APPEAL

Petitioner has the right to appeal this Order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.